1  MAYER BROWN LLP

2  A. John P. Mancini
   (*pro hac vice application to be filed*)
3  1221 Avenue of the Americas
   New York, NY 10020
4  Telephone: (212) 506-2500
   Facsimile: (212) 262-1910
5  jmancini@mayerbrown.com

6  Dale J. Giali (SBN 150382)
   350 South Grand Avenue, 25th Floor
7  Los Angeles, CA 90071-1503
   Telephone: (213) 229-9500
8  Facsimile: (213) 625-0248
   dgiali@mayerbrown.com
9
   *Counsel for Defendant Nestlé USA, Inc.*

**GRANTED**

Judge Yvonne Gonzalez Rogers

9/11/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 4:17-cv-04803-YGR |
| Plaintiff, | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| NESTLÉ, SA; NESTLÉ UK LTD; and NESTLÉ USA, INC., | |
| Defendant. | Hon. Yvonne Gonzalez Rogers |

STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT; CASE NO. 4:17-CV-04803-YGR

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff Atari Interactive, Inc. (Plaintiff) and Defendants Nestlé USA, Inc., collectively, "the parties," by and through their respective counsel of record, hereby stipulate as follows: |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Atari Interactive, Inc. (Plaintiff) and Defendants Nestlé USA, Inc., collectively, "the parties," by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed its complaint on August 17, 2017;

WHEREAS, Plaintiff served Nestlé USA, Inc. on August 22, 2017 (*see* ECF No. 15);

WHEREAS, based on the August 22 service, Nestlé USA, Inc. currently has until September 12, 2017 to answer or otherwise respond to Plaintiff's complaint;

WHEREAS, Nestlé USA, Inc. has requested and Plaintiff has consented to an additional 45 days to answer or otherwise respond to Plaintiff's complaint;

WHEREAS, this extension of time to answer or otherwise respond to Plaintiff's complaint will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the parties agree that neither will be prejudiced by the agreed-upon extension, nor will this litigation be unreasonably delayed;

WHEREAS, this is the first time modification any of the parties has sought in this matter;

WHEREAS, the parties are currently engaged in discussions over whether proper service of process has been effected upon defendants Nestlé, SA and Nestlé UK LTD; and

WHEREAS, regardless of the outcome of those discussions, the parties agree that Nestlé UK and Nestlé S.A. will not be required to answer or otherwise respond to Plaintiff's complaint earlier than Nestlé USA, Inc., subject to later-filed stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Nestlé USA, Inc. shall answer or otherwise respond to Plaintiff's complaint by October 27, 2017.

SIGNATURES ON FOLLOWING PAGE

| | |
|---|---|
| | Respectfully Submitted, |
| Dated: September 7, 2017 | MAYER BROWN LLP<br>A. John P. Mancini<br>Dale J. Giali |
| | By: */s/ Dale J. Giali*<br>Dale J. Giali |
| | *Counsel for Defendant Nestlé USA, Inc.* |
| Dated: September 7, 2017 | BROWNE GEORGE ROSS LLP, |
| | By: */s/ Keith J. Wesley*<br>Keith J. Wesley |
| | *Counsel for Plaintiff* |

**ATTESTATION**

I, Dale J. Giali, hereby attest, pursuant to Civil Local. Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

By:    /s/ *Dale J. Giali*