# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ATARI INTERACTIVE, INC.,**<br>Plaintiff,<br>vs.<br>**NESTLE, SA, ET AL.,**<br>Defendants. | CASE NO. 17-cv-04803-YGR<br><br>**ORDER RE: NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 42 |

On January 22, 2018, plaintiff in this action filed a Notice of Dismissal With Prejudice. (Dkt. No. 42.) Based upon the notice, the above-captioned action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Court **VACATES** the compliance hearing set for Friday, January 26, 2018.

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**