| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

(x) ACTION     ( ) APPEAL

**DOCKET NO:** 17-cv-04803-SK

**DATE FILED:** August 17, 2017

**COURT NAME AND LOCATION:**
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**PLAINTIFF:**
Atari Interactive, Inc.

**DEFENDANT:**
Nestle, SA, et al

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | **Pls. see attached copy of the complaint** | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED     INCLUDED BY:
                  ( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:          WRITTEN OPINION ATTACHED:     DATE RENDERED:
(X) Order   ( ) Judgment    ( ) Yes   (X) No            1/24/18

Susan Y. Soong, Clerk       (by) Deputy Clerk, Thelma Nudo     Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy