AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following

☒ Trademarks or    ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:17-cv-04803-SK | DATE FILED<br>August 17, 2017 | U.S. DISTRICT COURT<br>Northern District of California – San Francisco Division |
|---|---|---|
| PLAINTIFF<br>ATARI INTERACTIVE, INC. | | DEFENDANTS<br>NESTLÉ, SA; NESTLÉ UK LTD; and<br>NESTLÉ USA, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2553961 | March 26, 2002 | Atari Interative, Inc. |
| 2 | 1241326 | June 7, 1983 | Atari Interactive, Inc. |
| 3 | 4168075 | July 3, 2012 | Atari Interactive, Inc. |
| 4 | | | (Pls. see attached copy of the complaint) |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached Order re: Notice of Dismissal With Prejudice, e-filed 1/24/18.          *Clan Pierre* 1/25/18 |

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK<br>Thelma Nud[signature] | DATE 1/25/2018<br>8/18/2017 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

American LegalNet, Inc.
www.FormsWorkFlow.com

827386.1